UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| CAPITOL INDEMNITY CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WILLIAM WRIGHT, et al.,<br><br>　　　　　　Defendants. | 2:03-cv-01602-LRH (LRL)<br><br>ORDER |

　　It appearing that the contested issues in this action have been resolved by virtue of this court's orders of September 30, 2004 (#17), January 27, 2005 (#24), and the order of dismissal of appeal from the Ninth Circuit Court of Appeals of August 5, 2005 (#35) and that it is the intention of all parties that this action be treated as now dismissed, and good cause appearing,

　　IT IS HEREBY ORDERED that this action is dismissed with prejudice, unless any party shall oppose such dismissal within twenty (20) days of the entry of this order.

　　IT IS SO ORDERED.

　　DATED this 12th day of December, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE